**costa abrams & coate llp** | trial & transactional attorneys

1221 Second Street, Third Floor, Santa Monica, California 90401
tel 310.576.6161   fax 310.576.6160
A limited liability partnership including professional corporations

May 8, 2006

Nicole Heuerman
Clerk to the Hon. Phyllis J. Hamilton
Courtroom 3, 17th Fl.
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

    Re: <u>Lorenzo de'Medici ("LDM") vs. Study Abroad Italy, Inc. ("SAI")</u>
       U.S.D.C. Case No. C 06- 0311 PJH

Dear Ms. Heuerman:

    Further to our telephone conversation of today, this letter serves to confirm that Plaintiff has requested a continuance of the Case Management Conference and you have indicated that June 8, 2006 at 2:30 p.m. is an acceptable date.

    As we discussed, it does not appear that any of the Court's scheduling notices by email have been received on this end at cm.coate@verizon.net, despite my registration in the ECF program and my receipt of other Court notification by email in another recent matter. Notwithstanding the parties have exchanged written settlement proposals and are hopeful that a settlement can be reached prior to such date.

                                   Kind Regards,

                                   Charles M. Coate

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

A JOINT CASE MANAGEMENT CONFERENCE STATEMENT SHALL BE FILED BY JUNE 1, 2006.