Charles M. Coate, Esq., State Bar Number 140404
COSTA, ABRAMS & COATE, LLP
1221 Second Street, Third Floor
Santa Monica, California 90401
(310) 576-6161
fax (310) 576-6160; email: cm.coate@verizon.net
Attorneys for Plaintiff, Scuola Lorenzo De' Medici,
s.r.l., an Italian corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| SCUOLA LORENZO DE' MEDICI, s.r.l., An Italian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STUDY ABROAD ITALY, INC., a California corporation, and MICHAEL CRUCIANO, an individual; and WILLIAM JOHNSON, an individual,<br><br>Defendants. | Case No.: C 06 – 0311 PJH<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>[F.R.C.P. 41 (a) (1)] |

Please take notice that pursuant to F.R.C.P. 41 (a) (1) Plaintiff Scuola Lorenzo De' Medici, s.r.l. ("LDM") hereby voluntarily dismisses this action pursuant to settlement and requests that the Court retain jurisdiction to enforce the settlement if necessary. Each party is to bear their own attorneys' fees and costs.

Dated: June 5, 2006

COSTA, ABRAMS & COATE, LLP
Charles M. Coate

By: /s/ Charles M. Coate
Charles M. Coate
Attorneys for Plaintiff Scuola Lorenzo De' Medici, s.r.l.

*IT IS SO ORDERED*
/s/ Judge Phyllis J. Hamilton

1

NOTICE OF VOLUNTARY DISMISSAL